IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodgers, Jasen

Printed: 12/19/07

Case Number: 07 B 02360
Judge: Squires, John H
Filed: 2/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 30, 2007
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,270.44 |  |
| Secured: |  | 2,606.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,484.00 |
| Trustee Fee: |  | 290.60 |
| Other Funds: |  | 889.00 |
| Totals: | 6,270.44 | 6,270.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,484.00 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 0.00 | 690.00 |
| 5. | Aaron's | Secured | 18.13 | 100.00 |
| 6. | Accredited Home Lenders | Secured | 5,330.00 | 1,554.38 |
| 7. | Accredited Home Lenders | Secured | 900.00 | 262.46 |
| 8. | AmeriCash Loans, LLC | Unsecured | 886.01 | 0.00 |
| 9. | Pay Day Loan Store Of Illinois | Unsecured | 635.45 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 511.31 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 7,167.36 | 0.00 |
| 12. | City of Blue Island | Unsecured | 501.33 | 0.00 |
| 13. | Nicor Gas | Unsecured | 817.33 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 23,574.01 | 0.00 |
| 15. | Encore | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | National Quick Cash | Unsecured |  | No Claim Filed |
| 19. | Senex Services Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,824.93 | $ 5,090.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 290.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Rodgers, Jasen

Printed: 12/19/07

Case Number: 07 B 02360
Judge: Squires, John H
Filed: 2/12/07

_____
$ 290.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

